IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TRENT GRADDY                                                       PLAINTIFF

v.                             No: 1:18-cv-00023 PSH

JESTINY GIBSON                                          DEFENDANT

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 16th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE